# EXHIBIT 1
# CJ-2020-591 DOCKET SHEET



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| PETER BAILEY AND TAMARA BAILEY,<br>          Plaintiff(s),<br>v.<br>FRANKLIN CORPORATION,<br>          Defendant. | No. CJ-2020-591<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 12/03/2020<br><br><br>Judge: Hesse, Paul |

## PARTIES

BAILEY,  PETER, Plaintiff
BAILEY,  TAMARA, Plaintiff
FRANKLIN CORPORATION, Defendant

## ATTORNEYS

**Attorney**
DELLUOMO,  DANIEL  M (Bar #11810)
6812 N ROBINSON
OKLAHOMA CITY, OK 73116

**Represented Parties**
BAILEY,  PETER
BAILEY,  TAMARA

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: NEGLIGENCE (GENERAL) (NEGL)
                   Filed By: BAILEY, PETER
                   Filed Date: 12/03/2020

|  **Party Name** | **Disposition Information** |
|---|---|

| Party Name | Disposition Information |
|---|---|
| **Defendant:** FRANKLIN CORPORATION | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-03-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. // PETITION FILED<br>Document Available (#1048311225) 📄TIFF 📄PDF | 1 | BAILEY, PETER | |
| 12-03-2020 | NEGL | NEGLIGENCE (GENERAL) | | | |
| 12-03-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 12-03-2020 | PFE1 | PETITION | | | $ 163.00 |
| 12-03-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 12-03-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-03-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-03-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-03-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-03-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-03-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-03-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 12-03-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 12-03-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 12-03-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 12-03-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 12-03-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-03-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-03-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HESSE, PAUL TO THIS CASE. | | | |
| 12-03-2020 | ACCOUNT | RECEIPT # 2020-653988 ON 12/03/2020.<br>PAYOR: DANIEL M DELLUOMO INC TOTAL AMOUNT PAID: $ 229.64.<br>LINE ITEMS:<br>CJ-2020-591: $163.00 ON AC01 CLERK FEES.<br>CJ-2020-591: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-591: $0.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-591: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-591: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-591: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-591: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-591: $0.98 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-591: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-591: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-591: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 12-16-2020 | AMP | AMENDED PETITION FILED<br>Document Available (#1048461683) 📄TIFF   📄PDF | | BAILEY, PETER | |
| 02-05-2021 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE<br>Document Available (#1048727788) 📄TIFF   📄PDF | | | $ 10.00 |
| 02-05-2021 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 0.25 |
| 02-05-2021 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2020-591: AC01 CLERK FEES -$0.25 | | | |
| 02-05-2021 | ACCOUNT | RECEIPT # 2021-659572 ON 02/05/2021.<br>PAYOR: DELLUOMO/DANIEL M TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2020-591: $9.75 ON AC01 CLERK FEES.<br>CJ-2020-591: $0.25 ON AC09 CARD ALLOCATIONS. | | | |
| 03-11-2021 | SMS | ORIGINAL SUMMONS FILED<br>Document Available (#1049026878) 📄TIFF   📄PDF | | FRANKLIN CORPORATION | |
| 04-20-2021 | ASMIP | ALIAS SUMMONS ISSUED TO ATTY FOR SERVICE<br>Document Available (#1049337896) 📄TIFF   📄PDF | | | $ 10.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-20-2021 | ACCOUNT | RECEIPT # 2021-666905 ON 04/20/2021.<br>PAYOR: DANIEL M DELLUOMO INC TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2020-591: $10.00 ON AC01 CLERK FEES. | | | |
| 09-29-2021 | ASMS | COPY OF ISSUED ALIAS SUMMONS FILED<br>Document Unavailable (#1050569753) | | FRANKLIN CORPORATION | |