# EXHIBIT 5
# FILED SUMMONS



# IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| PETER BAILEY, and TAMARA BAILEY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FRANKLIN CORPORATION, )<br><br>Defendant. ) | Case No. CJ-2020-591 |

ORIGINAL
PLEASE RETURN
MARIE RAMSEY-HIRST. COURT CLERK
CANADIAN COUNTY
P.O. BOX 730
EL RENO, OKLAHOMA 73036

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA
MAR 11 2021
BY _____ DEPUTY

## SUMMONS

To the above-named Defendant, **FRANKLIN CORPORATION**:

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __5__ day of __February__, 2020.

_____**Marie Hirst**_____, Court Clerk

By: _____, Deputy Court Clerk

Attorneys for Plaintiff:

Name: Daniel M. Delluomo, OBA #11810
Address: 6812 N. Robinson Ave.
Oklahoma City, Oklahoma 73116
Telephone Number: (405) 843-0400

This summons was served on __3-5-21__
(Date of service)

_____
(Signature of the person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *G. Parrish* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): G. Parrish    C. Date of Delivery: MAR 0 5 2021 |
| 1. Article Addressed to:<br>Corporation Service Company<br>ATTN: Franklin Corporation<br>10300 Greenbriar Pl.<br>Oklahoma City, OK 73159 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5814 0034 7704 27 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1810 0000 9205 9107 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt